IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-91-BR
NO. 5:11-CV-178-BR

| | |
|---|---|
| TIMOTHY LINDSEY, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Respondent. ) | |

This matter is before the court on petitioner's "notice for leave to file mandamus." (DE # 73.) To the extent this filing is deemed a motion, it is DENIED.

This 2 April 2015.

_____
W. Earl Britt
Senior U.S. District Judge