IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00091-BR
No. 5:16-CV-00461-BR

| | | |
|---|---|---|
| TIMOTHY HUGH LINDSEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause, respondent's motion to lift stay is ALLOWED. The government is DIRECTED to file an answer or appropriate motion in response to petitioner's amended 28 U.S.C. § 2255 motion within 40 days.

This 4 August 2017.

W. Earl Britt
Senior U.S. District Judge