IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-00091-BR
No. 5:16-CV-00461-BR

| | |
|---|---|
| TIMOTHY HUGH LINDSEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) ORDER ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

This matter is before the court on the 23 October 2018 order directing petitioner to show cause why his amended 28 U.S.C. § 2255 motion should not be dismissed. (DE # 98.) Petitioner did not file a response to the order, and the time within which to do so has expired. For the reasons stated in the 23 October 2018 order, the amended § 2255 motion (DE # 91) is DISMISSED. The court finds that petitioner has not made "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and therefore, a certificate of appealability is DENIED.

This 15 January 2019.

_____
W. Earl Britt
Senior U.S. District Judge